IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IAP WORLDWIDE SERVICES, INC.,
 Plaintiff,

v.             Case No. 5:08cv365/RS/EMT

JOHNSON CONTROLS, INC.,
 Defendant.
_____/

## O R D E R

  This cause is before the court upon Plaintiff's "Emergency Motion to Compel Defendant Johnson Controls, Inc., to Produce a Witness or Witnesses to Testify in a Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and for Reasonable Expenses" (Doc. 42). Before the court rules on this matter, Defendant shall have an opportunity to respond.

  Accordingly, it is **ORDERED**:

  Defendant shall respond to Plaintiff's motion on or before **WEDNESDAY, NOVEMBER 4, 2009**. Prior to responding, Defendant shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

  **DONE AND ORDERED** this 30th day of October 2009.


            /s/ *Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**